UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
Criminal Minutes - Initial Appearance/Arraignment/Plea

<u>Cr. No. 16-47-ART-CJS</u>     at COVINGTON                                                11/22/2016

U.S. vs. **WILLIAM J. MILLER**                            <u>X</u>  Present    <u>X</u>  Custody

**DOCKET ENTRY:**  ●Defendant's oral request for discovery under Rule 16 is noted of record.

PRESENT:     <u>**HON. CANDACE J. SMITH, U.S. MAGISTRATE JUDGE**</u>

<u>**Linda Tierney**</u>          <u>**KYED-COV_2-16-cr-47-ART-CJS_20161122_134533**</u>
Deputy Clerk              Audio File Number

I, Linda S. Tierney, CERTIFY the official record of this proceeding is an audio file.

**Anthony Bracke**
**for Elaine Leonhard**          **Eric Eckes**
Assistant U.S. Attorney      Attorney for Defendant        <u>X</u>  Present    <u>X</u>  Appointed

<u>X</u>   Copy of Indictment given to Defendant.
<u>X</u>   Ordered **Eric Eckes** is appointed Attorney for Defendant under the Criminal Justice Act.
<u>X</u>   Defendant waives formal arraignment.
<u>X</u>   Defendant waives reading of the Indictment.
<u>X</u>   Defendant entered a plea of **NOT GUILTY TO THE INDICTMENT**.
<u>X</u>   Final Pretrial Conference set on **January 12, 2017, at 11:00 a.m. before District Judge Amul R. Thapar at Covington.**
<u>X</u>   Jury Trial is set for **January 23, 2017, at 9:30 a.m. before District Judge Amul R. Thapar.** Counsel to be present in court at 9:00 a.m. **Estimated length of trial is 3 days.** [Defense counsel informs he has a conflicting jury trial also with Judge Thapar scheduled for this same date in case no. 2:16-cr-22. Counsel was instructed to file an appropriate motion if it does not appear that the schedule conflict will be otherwise resolving.]
<u>X</u>   Upon United States' oral motion for Defendant's pretrial detention, a **DETENTION HEARING** will be held on **Monday, November 28, 2016, at 1:30 p.m.** before the undersigned.
<u>X</u>   Defendant is remanded to custody of the U.S. Marshal.



Signed By:
<u>Candace J. Smith</u>
United States Magistrate Judge

USA/USPO/USM/E. Eckes                                        Deputy Clerk Init.  <u>lst</u>
TIC: 15 mins.
J:\DATA\Orders\criminal cov\2016\16-47-ART-CJS ia & arraign.wpd